United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

ALEXANDRE NICHOLAS LEBECKI – #152475

No. C 12-80290 WHA

**ORDER OF SUSPENSION**

     Because Alexandre Nicholas Lebecki has failed to respond to the order to show cause, Mr. Lebecki's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE